# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2019 KW 0893

VERSUS

CLARENCE DUDLEY

OCT 1 8 2019

---

In Re:    Clarence Dudley, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-02-0314.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT DENIED.**

JEW
GH

    **McClendon, J.,** concurs and would deny the writ application
on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT